IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PAUL LEWIS | § | |
| | § | |
| v. | § | 9:14-CV-31 |
| | § | |
| SSA, OFFICE OF GENERAL COUNSEL | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial proceedings. Pending before the court is the "Motion for Default Judgment" (Doc. No. 6) filed by the Plaintiff, Paul Lewis. The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 10), recommending that the court deny the motion. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 10) is **ADOPTED**; and the Plaintiff's "Motion for Default Judgment" (Doc. No. 6) is **DENIED**.

So **ORDERED** and **SIGNED** this **30** day of **September, 2014.**

_____
Ron Clark, United States District Judge