IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| PAUL LEWIS | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 9:14-CV-31 |
| | § | |
| SOCIAL SECURITY | § | |
| ADMINISTRATION, OFFICE OF | § | |
| GENERAL COUNSEL | § | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. Pending before the court is Defendant Social Security Administration, Office of General Counsel's (the "SSA") "Motion to Dismiss Plaintiff's Privacy Act Claim or, in the Alternative, Motion for Summary Judgment." (Doc. No. 29.) The magistrate judge filed a report recommending that this court grant the SSA's motion in part and deny it in part. (Doc. No. 32.) The SSA and the Plaintiff, Paul Lewis, each filed timely objections to the report and recommendation. (Doc. Nos. 34, 35, 36.) After conducting a de novo review of the magistrate judge's report and recommendation and the parties' objections, the court finds that the magistrate judge's findings and conclusions are correct. See FED. R. CIV. P. 72(b)(3).

It is, therefore, **ORDERED** that the SSA's objections (Doc. No. 34) are **OVERRULED**; Lewis's objections (Doc. Nos. 35, 36) are **OVERRULED**; the magistrate judge's report and recommendation (Doc. No. 32) is **ADOPTED**; and SSA's "Motion to Dismiss Plaintiff's

Privacy Act Claim or, in the Alternative, Motion for Summary Judgment" (Doc. No. 29.) is **GRANTED IN PART AND DENIED IN PART**.

**SIGNED this 6th day of January, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE